UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.R.G.,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                                    Respondents. | Case No.:  3:25-cv-3490-CAB-MSB<br><br>**ORDER GRANTING MOTION TO PROCEED PSEUDONYMOUSLY**<br><br>[Doc. No. 3] |

Before the Court is Petitioner's motion to proceed pseudonymously.  [Doc. No. 3]. Petitioner asserts that "[a]llowing Petitioner to proceed under a pseudonym is necessary to protect her safety and well-being and to preserve her privacy with respect to highly sensitive information regarding the harm she already endured in Colombia, as well as her fear of future harm."  [Doc. No. 3-1 at 2.]  The Court provided time for Respondents to file an opposition, [Doc. No. 4]; none was filed.

///

///

///

///

///

///

The Court **GRANTS** Petitioner's motion to proceed in this matter under the pseudonym L.R.G.  The parties shall submit all pleadings, briefing, and evidence using Petitioner's initials.

It is **SO ORDERED**.

Dated:  December 16, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge