# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **L.R.G. v. Christopher J. LaRose, et al.**  Case Number: **25-cv-3490-CAB-MSB**

Hon. Cathy Ann Bencivengo          Ct. Deputy Lori Hernandez          Rptr Tape: N/A

On January 16, 2026, the Court partially granted the petition for a writ of habeas corpus and ordered that petitioner receive a bond hearing. [Doc. No. 13.] The Clerk of the Court shall therefore close the case.

Date: March 20, 2026                                                                                      Initials: MS